**UNITED STATES DISTRICT COURT**

JON W. JOHNSON
CHIEF PROBATION OFFICER

EASTERN DISTRICT OF TEXAS
PROBATION AND PRETRIAL SERVICES

Reply to:
SATORI BARNES
500 STATE LINE AVE.
ROOM 205
TEXARKANA, TX 71854-5960

(903) 794-4515
FAX: (903) 793-1770

August 18, 2009

HONORABLE DAVID FOLSOM
US DISTRICT JUDGE
TEXARKANA TX 75501

RE: **NAVA-GOMEZ, Barnado**
 **Docket No. 5:08CR00035-024**
 **Transfer of Jurisdiction Request**

Dear Judge Folsom:

On July 10, 2008, after pleading to False Use of a Social Security Account Number, the above-noted individual was sentenced by Your Honor to 86 days imprisonment followed by a 2 year term of supervised release. Said term of supervised release is subject to the standard conditions of supervision plus special conditions to include surrender to a duly authorized immigration official and, if deported, to remain outside the United States, and financial disclosure. On July 10, 2008, after being given credit by Your Honor for time served, Mr. Nava-Gomez began serving his term of supervision in the Eastern District of Texas. Mr. Nava-Gomez was granted voluntary departure in immigration court and subsequently deported to Mexico on March 2, 2009.

Mr. Nava-Gomez was apprehended in Laredo, Texas on August 5, 2009, for illegally entering the United States. He appeared before U.S. District Judge Diana Saldana in the Southern District of Texas on August 7, 2009, and entered a plea of guilty to the offense of entering the United States illegally. Mr. Nava-Gomez was sentenced to 120 days confinement, with a special condition not to return to the U.S. illegally or commit any other violations of federal and/or state laws. Since this violation occurred in the Southern District of Texas, this office is respectfully requesting that a transfer of jurisdiction be considered in this case so that it may be addressed more expediently.

Should your Honor agree, please execute Part I of the attached Transfer of Jurisdiction request and return. Should Your honor have any questions or require further information, please contact me at your convenience.

Sincerely,

Satori Barnes
U.S. Probation Officer
Intercom 239

Approved:

Joe Heath, Supervising
U.S. Probation Officer

| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
| (Rev. 2/88) | 5:08CR00035-024 |
| **TRANSFER OF JURISDICTION** | |
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
| --- | --- | --- |
| Barnardo Nava-Gomez | Eastern District of Texas | Texarkana |
| | NAME OF SENTENCING JUDGE | |
| | Chief U.S. District Judge David Folsom | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/10/2008 | TO 7/09/2010 |

OFFENSE
42 U.S.C. § 408 (a)(7)(B), False Use of a Social Security Account Number

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Texas

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Texas - Laredo Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 8/24/09 | *David Folsom* |
| Date | *Chief United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Southern District of Texas - Laredo Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| *Effective Date* | *United States District Judge* |