PROB 12C
(Rev. 11/99)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Barnardo Nava-Gomez      Case Number: 5:08CR00035-024

Name of Sentencing Judicial Officer: David Folsom, U.S. District Judge

Date of Original Sentence: July 10, 2008

Original Offense:     False Use of a Social Security Account Number

Original Sentence:    86 days imprisonment followed by a two (2) year term of supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: July 10, 2008

Assistant U.S. Attorney: Alan Jackson

Defense Attorney: Marshall Wood

---

## PETITIONING THE COURT

TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| CONDITION | NATURE OF NONCOMPLIANCE |
|---|---|
| **Mandatory**<br>The defendant shall not commit another federal, state, or local crime. | On or about August 5, 2009, Mr. Nava-Gomez was found present in the United States as evidenced by his arrest with Border Patrol after previously being deported on March 2, 2009, by the Bureau of Immigration and Customs Enforcement. This is in violation of Title 8 U.S.C. § 1325 (a)(1). |

Special
If ordered deported the defendant shall remain outside the United States.

Mr. Nava-Gomez failed to remain outside the United States after being deported, as evidenced by his arrest in Laredo, Texas on or about August 5, 2009.

**U.S. Probation Officer Recommendation and Justification:**

Mr. Nava-Gomez was ordered by the Court to remain outside the United States if he was ordered deported. He was deported on March 2, 2009, and as evidenced by his violation conduct noted above he has failed to abide by this Court's order. Therefore, it is respectfully recommended that the Court issue a warrant for Barnardo Nava-Gomez and he be ordered to appear in court to show cause why his supervision should not be revoked.

I declare under penalty of law that the foregoing is true and correct.

Satori Barnes  
U.S. Probation Officer  
903-794-4515

Reviewed and approved:

Joe Heath, Supervising  
U.S. Probation Officer

Executed on August 17, 2009  
Place: Texarkana, Texas

---

**THE COURT ORDERS:**

[X] The Issuance of a Warrant  
[ ] Other

David Folsom  
Chief U.S. District Judge

8/24/09  
Date